IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LINDA L. BARRY | : | CIVIL ACTION |
| v. | : | NO. 07-4727 |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security | : | |

**ORDER**

AND NOW, this 2nd day of February, 2010, after consideration of the pleadings and record and after review of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice, and Plaintiff's Objections thereto, it is hereby ORDERED the Report and Recommendation is APPROVED and ADOPTED.

The Clerk of Court is DIRECTED to mark the above-captioned case CLOSED for statistical purposes.

BY THE COURT:

 /s/ Juan R. Sánchez
Juan R. Sánchez, J.